# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

BRANCH BANKING AND TRUST
COMPANY,

        Plaintiff,

    v.

HITACHI VANTARA CORPORATION,

        Defendant.

Civil Action No.: 1:19-CV-1168

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Truist Bank, formerly known as Branch Banking and Trust Company ("BB&T") and Defendant Hitachi Vantara LLC, formerly known as Hitachi Vantara Corporation (collectively, the "Parties") hereby stipulate to the dismissal of all claims in this action with prejudice. Both Parties will bear their respective costs and fees in accordance with the applicable Confidential Settlement Agreement executed between the Parties.

IT IS SO STIPULATED.

Respectfully submitted, this the 23 day of February, 2022.

/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar No. 20048
Michael A. Kaeding
N.C. State Bar. No. 47433
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
Email: matt.mcguire@alston.com
mike.kaeding@alston.com

John E. Stephenson, Jr.
(*specially appearing pursuant to LR 83.1(d)*)
Georgia Bar No. 679825
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: john.stephenson@alston.com

*Counsel for Plaintiff Truist Bank f/k/a Branch Banking and Trust Company*

/s/ *Patrick T. Michael*
Patrick T. Michael
(*specially appearing pursuant to LR 83.1(d)*)
California Bar No. 169745
Email: patrick.michael@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: 415-374-2300
Facsimile:  415-374-2499

David W. Sar
N.C. State Bar No. 23533
E-mail: dsar@brookspierce.com
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone: 336-271-3175
Facsimile: 336-232-9075

*Counsel for Defendant Hitachi Vantara LLC f/k/a Hitachi Vantara Corporation*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this the 23 day of February, 2022, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar No. 20048

3